Mr. Jermey Jones
7065 Hillcrest Chase Lane
Austell, GA 30168

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 22 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY JONES, PRO SE <br><br> Defendant | Case No.: 1:11-CV-719-MHS <br><br> **MOTION FOR EXTENSION OF TIME** |

COME NOW Jeremy Jones, Defendant/Counterclaim Plaintiff, pro se and moves the Court for an extension of time of at least Thirty days (30) days. As grounds for this motion, the Defendant states that:

He is acting pro se and does not understand the request to file the Certificate of Interested Persons and the Joint Preliminary Report and Discovery Schedule, required by this court Order of June 7th, 2011.

Defendant/Counterclaim Plaintiff request thirty (30) more days to complete the Joint Preliminary Report and Discovery Schedule and to allow him time to seek the assistance of an Attorney.

WHEREFORE, Defendant requests that the Court grant his motion for more time, to allow hime to hire the assistance of an Attorney.

Respectfully submitted this 21th day of June, 2011.

_____
JEREMY JONES, PRO SE

Copy to: CITIMORTGAGE INC